# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 27, 2008

135981 & (40)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DAVID LEROY MCGORMAN,
      Defendant-Appellant.

SC: 135981
COA: 272423
Mason CC: 06-001590-FH

_____/

     On order of the Court, the application for leave to appeal the January 15, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for appointment of counsel is DENIED.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2008

Clerk

s0519